In the Matter of ALVIN W. McLEAN, Appellant, v NEW YORK STATE DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION, Respondent.

Decided September 16, 2014

Appeal transferred, without costs, by the Court of Appeals, sua sponte, to the Appellate Division, Third Department, upon the ground that a direct appeal does not lie when questions other than the constitutional validity of a statutory provision are involved (*see* NY Const, art VI, §§ 3 [b] [2]; 5 [b]; CPLR 5601 [b] [2]).

In the Matter of the Estate of GINO ROLANDO MONACO, Deceased, Appellant. EUGENE ALLEN MONACO, Respondent.

Decided September 16, 2014

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that the order appealed from does not finally determine the proceeding within the meaning of the Constitution.

NOMURA ASSET CAPITAL CORPORATION et al., Respondents-Appellants, v CADWALADER, WICKERSHAM & TAFT LLP, Appellant-Respondent.

Submitted July 21, 2014; decided September 16, 2014

Motion for a stay granted.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOMO WILLIAMS, Appellant, v COMMISSIONER OF MID-STATE CORRECTIONAL FACILITY et al., Respondents.

Submitted July 28, 2014; decided September 16, 2014

Motion for leave to appeal dismissed upon the ground that it does not lie from the order of an individual Justice of the Appellate Division (*see* NY Const, art VI, § 3 [b]; CPLR 5602). Motion for poor person relief dismissed as academic.